### 17319.   PROCTOR *v.* THE STATE,

BROYLES, C. J.   1. An affidavit in support of the witness upon whose newly discovered evidence a new trial is sought must give the names of his associates; and where it fails to do so, the trial judge does not abuse his discretion by refusing to grant a new trial on this ground. *Ivey* v. *State*, 154 *Ga.* 63 (6) (113 S. E. 175); *Waller* v. *State*, 34 *Ga. App.* 674 (131 S. E. 95). Under this ruling the court did not err in overruling grounds 4 and 5 of the amendment to the motion for a new trial.

2. Under the facts of the case the rejection of the testimony set forth in ground 6 of the amendment to the motion for a new trial does not require another hearing of the case.

3. The verdict was authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 15, 1926.

Selling liquor; from city court of Blackshear—Judge Mitchell. March 15, 1926.

*James R. Thomas & Son,* for plaintiff in error.
*S. Thomas Memory, solicitor,* contra.

---

Criminal Law, 16 C. J. p. 1230, n. 66; 17 C. J. p. 333, n. 95.